MN-305
(5/94)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Robert & Rebecca Strom                        Chapter 7 Case No. 10-32860

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Healthspan Services<br>DBA Reliance Recoveries<br>6160 Summit Dr Ste 420<br>Brooklyn Center MN  55430 | 3 | $22.41 | $0.81 |
| Metropolitan Anesthesia Network<br>Po Box 47159<br>Plymouth MN  55447-0159 | 8 | $92.18 | $3.32 |

Dated:  June 7, 2011

Paul Bucher
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

RECEIVED 11 JUN -9 AM 10:57 U.S. BANKRUPTCY COURT ST. PAUL, MN